IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3024 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRIS J. GONZALEZ JR., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Citing a conflict of interest, defendant's appointed counsel, Korey L. Reiman, has moved for leave to withdraw. (Filing No. 21). The government agrees that a conflict of interest exists. Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Korey L. Reiman, (filing no. 21), is granted.

2) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of a CJA Panel attorney identified to represent the defendant herein in accordance with the Criminal Justice Act Plan for this district.

DATED this 22nd day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge