IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:09CR3024 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| CHRIS J. GONZALES, JR., ) | |
| ) | |
| Defendant. ) | |

On the oral motion of the defendant,

IT IS ORDERED that the hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned United States district judge to the 28th day of September, 2009, at the hour of 1:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

September 1, 2009.                    BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge